# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MORRIS DAY,

    Plaintiff,

v.

MAHER ROOHBAKNSH, et al.,

    Defendants.

Case No. 19-cv-05949-JST

**ORDER OF TRANSFER**

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. He has named as defendants Dr. Maher Roohbaknsh; Wesley Health Center Lancaster and their nurses, et al.; and Nicole Fowler. ECF No. 1 at 1. Plaintiff alleges that some of these events took place at the Lancaster Public Library in Lancaster, California. *See generally* ECF No. 1. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named appear to reside, in Los Angeles County, which lies within the venue of the Central District of California. *See* 28 U.S.C. § 84(c)(2). Venue therefore properly lies in the Central District. *See id.* § 1391(b). Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California.

The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: September 27, 2019

_____
JON S. TIGAR
United States District Judge